# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

UNITED STATES OF AMERICA     )
                                 )
v.                                         )      Case No.  CR415-150
                                 )
JARET L. ROWLAND           )

## O R D E R

Application for leave of absence has been requested by Lynne M. Fleming for the period of Wednesday, November 18, 2015 through and including Monday, November 23, 2015.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  29th  day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA